IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


ARKANSAS MIDLAND RAILROAD, INC.                                    PLAINTIFF


v.                              Case No. 6:24-cv-6063


ORG CHEM GROUP, LLC                                              DEFENDANT


## **JUDGMENT**

For the reasons discussed in the memorandum opinion dated June 30, 2025 (ECF No. 48),

the Court enters judgment in favor of Plaintiff Arkansas Midland Railroad, Inc., against Defendant

ORG Chem Group, LLC, in the amount of $910,895.00.

**IT IS SO ORDERED**, this 30th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge